```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10182
   RONALD J MONTALBANO
   MAUREEN A MONTALBANO                         CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-9530     SSN XXX-XX-9421

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/16/07 .

   2.  The case was converted to Chapter 7 without confirmation, 07/27/2007.

   3.  The Debtor paid a total of $    219.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | .00 | .00 | .00 |
| ADVANCED OG GYN ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| ANIMAL ER & CRITICAL CAR | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| BLOOMINGDALE FOOT & ANKL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| FRANK A CINCIONE DDS LIM | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| ELK GROVE RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK CONSUMER LOA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST SPORTS MEDICINE | UNSECURED | NOT FILED | .00 | .00 |
| PARAGON WAY | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENCE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UNIFUND | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB | UNSECURED | NOT FILED | .00 | .00 |
| WINDY CITY LAWN SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MRC RECEIVABLES HOUSEHOL | SECURED | NOT FILED | .00 | .00 |

```
         Summary of disbursements:
--------------------------------------------------------------------------
              SECURED     PRIORITY    UNSECURED      OTHER          TOTAL
```

```
TOTAL CLMS ALLOWED              .00           .00           .00           .00           .00
PRINCIPAL PAID                  .00           .00           .00           .00           .00
INTEREST PAID                   .00           .00           .00           .00           .00
TOTAL PAID                      .00           .00           .00           .00           .00
```
The Debtor's attorney, ROBERT N HONIG              , was allowed $   2500.00
and was paid $   1500.00  direct and $    213.31  through the plan.

The Trustee received $       5.69 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/16/07                   /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 10182 RONALD J MONTALBANO & MAUREEN A MONTALBANO